```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------ X

M.S., by his parent and natural guardian,
ELLOUISE SUMMERVILLE,
                                              INFANT COMPROMISE
                                   Plaintiff, ORDER

              -against-
                                              12-cv-00210-    -JO
THE CITY OF NEW YORK; and P.O. JOHN DOES
# 1-5; the individual defendant(s) sued
individually and in their official
capacities,

                                  Defendants.

------------------------------------------ X
```

JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      1. Pursuant to Local Civil Rule 83.2, plaintiff, through his counsel, seeks leave to compromise his claims in a Stipulation and Order of Settlement and Discontinuance. Pursuant to the terms of the settlement, plaintiff M███ S███████, whose date of birth is ███████ will receive FIFTHTEEN THOUSAND DOLLARS ($15,000.00) in full satisfaction of his claims.

      2. Upon reviewing the supporting declaration of plaintiff's counsel and plaintiff's legal guardian, and conducting a settlement conference with the infant and his guardian, the Court authorizes infant plaintiff to settle his claims as set forth in the Stipulation and Order of Settlement and Discontinuance.

3.   It is further ordered that plaintiff's counsel will deduct the total amount of $5,229.14 (FIVE THOUSAND TWO HUNDRED AND TWENTY NINE AND NINETEEN CENTS) ($4,878.10 in attorney's fees and $351.04 for the filing fee and postage), and the remaining $9,770.86 (NINE THOUSAND SEVEN HUNDRED AND SEVENTY DOLLARS and EIGHTY SIX CENTS) paid to M███ SU███████, whose date of birth is ██████, shall be placed in Uniformed Transfer to Minors Act interest bearing accounts or certificate of deposits, at Citibank, that cannot be withdrawn by anyone, including plaintiff, until plaintiff turns eighteen years-of-age.

s/ James Orenstein 9/18/2012
_____
U.S.M.J.

DATED:   Brooklyn, New York
         _____, 2012